UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
September 6, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> REINA GOMEZ, ) <br> ) <br> Defendant. ) | Case No. CR.S-0254-MCE <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __REINA GOMEZ__ , Case No. __CR.S-0254-MCE__ , Charge __8USC § 1325(C)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of $_____

      __ Unsecured Appearance Bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

   ✔ (Other)   __Pretrial Conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 6, 2005__ at __2:00 pm__ .


By  /s/ Gregory G. Hollows
    _____
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court